AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

Joshua James Hill,

Plaintiff,

v.

Cache County Utah District Court, David C. Marx, and North Park Police,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:24-cv-144

IT IS ORDERED AND ADJUDGED

That this action is **DISMISSED** without prejudice for failure to pay the filing fee.

May 14, 2025

*Date*

BY THE COURT:

_____

Howard C. Nielson, Jr.
United States District Judge